Gretchen L. Lowe, DC Bar No. 421995
glowe@cftc.gov
Luke Marsh, DC Bar No. 475635
lmarsh@cftc.gov
Toye Olarinde, VA Bar No. 43075
aolarinde@cftc.gov
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5322
Facsimile (202) 418-5531

Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SNC ASSET MANAGEMENT, INC., formerly Son and Company, Inc., SNC INVESTMENTS, INC., PETER SON and JIN K. CHUNG,<br><br>Defendants,<br><br>and<br><br>ANN LEE,<br><br>Relief Defendant. | Case No. CV 09-2555 MMC<br><br>(proposed) ORDER EXTENDING STATUTORY RESTRAINING ORDER AS TO DEFENDANT JIN CHUNG |

1  This matter came before the Court on the Court's June 10, 2009 Order to Show Cause why a preliminary injunction should not issue pursuant to Section 6c of the Commodity Exchange Act as amended (the "CEA"), 7 U.S.C. § 13a-1 (2006).  D.E. 10.  The Court has reviewed and considered the Complaint, Plaintiff CFTC's *ex parte* Application for a Statutory Restraining Order and Order to Show Cause, Supporting Memorandum of Points and Authorities and all exhibits, declarations, testimony and evidence submitted therewith, Plaintiff Commission's Application for Preliminary Injunction and Motion to Extend Statutory Restraining Order as to Defendant Chung, and all other written ~~and oral~~ submissions of counsel presented to the Court.

The Court finds that plaintiff Commission has demonstrated that it attempted to provide Defendant Jin K. Chung with actual notice of the Statutory Restraining Order and Order to Show Cause.  By Order of this Court, the Statutory Restraining Order expires at 8:00 a.m. PDT on June 24, 2009, unless extended by the Court.  Based on the Plaintiff Commission's papers, including the Declaration of Toye Olarinde in Support of the Preliminary Injunction, good cause exists to extend the terms of the Statutory Restraining Order to allow the Commission additional time to notify Defendant Chung of the Statutory Restraining Order and Order to Show Cause.

GOOD CAUSE APPEARING THEREFOR, to the extent it relates to Defendant Jin K. Chung only, the Court's June 10, 2009 Statutory Restraining Order and Order to Show Cause (D.E. 10) is extended until  July 9 , 2009 at  8 ,  a .m.

IT IS FURTHER ORDERED THAT Defendant Jin K. Chung shall appear before this Court on the  7th  day of  July , 2009, at  4 ,  p .m., before the Honorable Maxine M. Chesney at the United States Courthouse for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, to show cause, if there be any, why an Order for Preliminary Injunction should not be granted to prohibit further violations of the Act

(proposed) Order Extending Statutory Restraining Order        Case No. CV 09-2555 MMC
As To Defendant Jin K. Chung                          2

1  and why the other relief requested should not be granted pending trial on the merits of this
2  action.
3       Should Defendant Jin K. Chung wish to file a memorandum of law or other papers in
4  opposition to Plaintiff's Motion for a Preliminary Injunction, all papers shall be filed on or
5  before __July 2_____, 2009 and served via facsimile or overnight delivery to the
6
7  Commission's Washington D.C. office no later than ___4___ o'clock __p__.m. ~~on~~ PDT
8  _____July 2_____, 2009.  Any reply papers shall be filed with the Court and delivered
9  to opposing counsel no later than ___1___ o'clock __p__.m. ~~on~~ __PST on July 6_____, 2009.
10  Service of all papers shall be by electronic mail, facsimile, or personal service.
11
12  **IT IS SO ORDERED**, in San Francisco, California on this __19th__ day of ____July____ 2009.
13
14
15  _____
16          UNITED STATES DISTRICT JUDGE

(proposed) Order Extending Statutory Restraining Order    Case No. CV 09-2555 MMC
As To Defendant Jin K. Chung    3