UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | Case No. CV 09-2555 MMC |
| Plaintiff, | ~~(proposed)~~ ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING JULY 7, 2009 HEARING |
| vs. | |
| SNC ASSET MANAGEMENT, INC., formerly Son and Company, Inc., SNC INVESTMENTS, INC., PETER SON and JIN K. CHUNG, | |
| Defendants, | |
| and | |
| ANN LEE, | |
| Relief Defendant. | |

(proposed) Order Discharging Order
To Show Cause                                              Case No. CV 09-2555 MMC

By order filed June 19, 2009, the Court directed defendant Jin K. Chung ("Chung") to show cause "why an Order for Preliminary Injunction should not be granted to prohibit further violations of the Act and why the other relief requested should not be granted pending the trial on the merits of this action." (see Order, filed June 19, 2009, at 2:26 to 3:2), and scheduled a hearing for July 7, 2009.

Before the Court is plaintiff's Statement Re: Statutory Restraining Order Against Defendant Jin K. Chung, filed July 6, 2009, in which plaintiff represents that it does not request issuance of a preliminary injunction against that Defendant at this time. In light of plaintiff's Statement, the Court hereby DISCHARGES the order to show cause issued June 19, 2009, and VACATES the hearing scheduled for July 7, 2009.

**IT IS SO ORDERED.**

Dated: July __6__, 2009

_____
MAXINE M. CHESNEY
United States District Judge