John H. Feiner (CA Bar No. 089201)
The Law Offices of John H. Feiner
One Park Plaza
Suite 600
Irvine, CA 92614
Tel.:  (949) 852-7345
Fax:  (949) 852-7346
E-Mail:  jhfeiner@aol.com

Attorney for Defendant
Peter Son

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PETER SON,<br><br>    Defendant. | Case No.: CV-09-2555 (MMC)<br><br>[PROPOSED] ORDER |

The court having considered the Motion by Defendant Peter Son to extend the time within which Defendant must provide an accounting according to the preliminary injunction, good cause appearing for the extension, and no opposition having been filed,

IT IS HEREBY ORDERED that the time to comply is extended to January 12, 2010.

Dated: November 19, 2009.          By: _____
                                        UNITED STATES DISTRICT COURT JUDGE