Gretchen L. Lowe, DC Bar No. 421995
glowe@cftc.gov
Luke B. Marsh, DC Bar No. 475635
lmarsh@cftc.gov
Toye A. Olarinde, VA Bar No. 43075
aolarinde@cftc.gov
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5322
Facsimile (202) 418-5531

Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SNC ASSET MANAGEMENT, INC., SNC INVESTMENTS, INC., PETER SON, and JIN K. CHUNG,<br><br>Defendants,<br><br>and,<br><br>ANN LEE,<br><br>Relief Defendant. | Case No. CV 09-2555 MMC<br><br>(proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung

Case No. CV 09-2555 MMC

By Order issued September 25, 2009, plaintiff, the U.S. Commodity Futures Trading Commission ("Commission"), was given until December 28, 2009, to effect service upon defendant Jin K. Chung.

Before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant Jin K. Chung. Plaintiff represents that it has tried unsuccessfully to serve defendant Chung but has recently received information concerning a new address for the defendant and is in the process of attempting service at this new address.

Upon consideration of the plaintiff's Motion the Court hereby GRANTS the plaintiff's request for additional time to serve the defendant. The plaintiff shall have until March 31, 2010 to effect service upon defendant Chung.

**IT IS SO ORDERED**

Dated: December __22__, 2009.

_____
MAXINE M. CHESNEY
United States District Judge

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung

Case No. CV 09-2555 MMC

2