Gretchen L. Lowe, DC Bar No. 421995
glowe@cftc.gov
Luke B. Marsh, DC Bar No. 475635
lmarsh@cftc.gov
Toye A. Olarinde, VA Bar No. 43075
aolarinde@cftc.gov
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5322
Facsimile (202) 418-5531

Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SNC ASSET MANAGEMENT, INC., SNC INVESTMENTS, INC., PETER SON, and JIN K. CHUNG,<br><br>　　　　　　Defendants,<br><br>and,<br><br>ANN LEE,<br><br>　　　　　　Relief Defendant. | Case No. CV 09-2555 MMC<br><br>(proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung                                        Case No. CV 09-2555 MMC

By Order issued December 22, 2009, (Docket Entry No. 36), plaintiff, the U.S. Commodity Futures Trading Commission ("Commission"), was given until March 31, 2010, to effect service upon defendant Jin K. Chung.

Before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant Jin K. Chung. Plaintiff represents that it continues to make attempts to serve defendant Chung through the Korean authorities. Additionally plaintiff represents that the extradition process has been initiated and seeks additional time to effect service during or after the extradition of the defendant to the United States.

Upon consideration of the plaintiff's Motion the Court hereby GRANTS the plaintiff's request for additional time to serve the defendant. The plaintiff shall have until June 30, 2010 to serve defendant Chung.

**IT IS SO ORDERED**

Dated: ~~March~~ April 2, 2010.

MAXINE M. CHESNEY
United States District Judge

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung                                Case No. CV 09-2555 MMC

2