1  Gretchen L. Lowe, DC Bar No. 421995
   glowe@cftc.gov
2  Toye A. Olarinde, VA Bar No. 43075
   aolarinde@cftc.gov
3  Commodity Futures Trading Commission
4  1155 21st St. N.W.
   Washington, D.C. 20581
5  Telephone (202) 418-5322
   Facsimile (202) 418-5531
6
7  Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | Case No. CV 09-2555 MMC |
| Plaintiff, | ~~(proposed)~~ ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |
| vs. | |
| SNC ASSET MANAGEMENT, INC., SNC INVESTMENTS, INC., PETER SON, and JIN K. CHUNG, | |
| Defendants, | |
| and, | |
| ANN LEE, | |
| Relief Defendant. | |

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung                                                       Case No. CV 09-2555 MMC

By Order issued July 7, 2010, (Docket Entry No. 47), plaintiff, the U.S. Commodity Futures Trading Commission ("Commission"), was granted until September 30, 2010, to effect service upon defendant Jin K. Chung.

Before the Court is Plaintiff's Motion for Extension of Time to Serve Defendant Jin K. Chung. Plaintiff represents that it continues to make attempts to serve defendant Chung through the Korean authorities. Additionally plaintiff represents that the extradition process is ongoing and seeks additional time to effect service during or after the extradition of the defendant to the United States.

Upon consideration of the plaintiff's Motion the Court hereby GRANTS the plaintiff's request for additional time to serve the defendant. The plaintiff shall have until December 31, 2010 to serve defendant Chung.

**IT IS SO ORDERED**

Dated: September __29__, 2010.

_____
MAXINE M. CHESNEY
United States District Judge

(proposed) Order Granting Plaintiff's Motion For
Extension of Time To Serve
Defendant Jin K. Chung                              Case No. CV 09-2555 MMC

2