IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SNC ASSET MANAGEMENT, INC., et al.,<br><br>    Defendants. | No. 09-2555 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CLAIMS AGAINST CHUNG SHOULD NOT BE DISMISSED WITHOUT PREJUDICE** |

By order filed September 29, 2010, the Court granted plaintiff's motion for an extension of time to serve defendant Jin K. Chung ("Chung"), specifically, by extending until December 31, 2010 the date to serve Chung.

To date, plaintiff has not filed proof that it has effectuated service upon Chung.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than May 27, 2011, why its claims against Chung should not be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2011

MAXINE M. CHESNEY
United States District Judge