1  Gretchen L. Lowe (D.C. Bar No. 421995, glowe@cftc.gov)
   Brian G. Mulherin (Cal. Bar No. 193297, bmulherin@cftc.gov)
2  Timothy M. Kirby (D.C. Bar No. 982769, tkirby@cftc.gov)
   **U.S. COMMODITY FUTURES TRADING COMMISSION**
3  Three Lafayette Center
   1155 21st Street, N.W.
4  Washington, D.C.  20581
   Telephone:   (202) 418-5316 (Kirby)
5  Facsimile:   (202) 418-5523

6  Attorneys for Plaintiff
   U.S. COMMODITY FUTURES TRADING COMMISSION
7

8                    THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | Civil Action No. CV 09-2555 (MMC) |
| 13            Plaintiff, | |
| 14  v. | [Proposed] |
| 15  SNC ASSET MANAGEMENT, INC., SNC INVESTMENTS, INC., PETER SON and JIN K. CHUNG, | **ORDER LIFTING THE ASSET FREEZE AND TRANSFERRING ASSETS HELD IN THE NAME OR CONTROLLED BY DEFENDANTS TO THE COURT TO BE DIRECTED TOWARD PAYMENT OF RESITITUION** |
| 16 | |
| 17            Defendants, | |
| 18  and, | |
| 19  ANN LEE, | |
| 20            Relief Defendant. | |

- 1 -
[Proposed] ORDER VACATING RESTRAINING ORDER AND DISTRIBUTING ASSETS
Civil Action No. CV 09-2555 (MMC)

On June 10, 2009, this Court entered a Statutory Restraining Order and Order for Other Equitable Relief prohibiting the transfer, dissipation or disposal of assets held in the name or under the control of the Defendants and Relief Defendant, among other undertakings ("SRO"). *See* Docket Entry Number (hereinafter "DE#") 10.

On June 19, 2009, this Court entered an Order of Preliminary Injunction and Other Equitable Relief, prohibiting further violations of the Commodity Exchange Act, as amended, by Defendants SNC Asset Management, Inc. ("SNC Asset"), SNC Investments, Inc. ("SNC Investments") and Peter Son ("Son"), and continuing the provisions of the Statutory Restraining Order against those Defendants and Relief Defendant. *See* DE# 21.

Before the Court is a Consent Motion to Lift the Asset Freeze and Transfer Assets Held in the Name or Controlled by Defendants to the Court to be Directed toward Payment of Restitution,

Having considered the Motion and exhibit filed in support thereof, and now being fully advised, this Court orders as follows: (1) the provisions of the Court's Orders of June 10, 2009 and June 19, 2009, which imposed a freeze on assets or funds held in the name or under the control of the Defendants, including any funds or assets which were held in the name of Jin K. Chung, hereby are no longer in effect; (2) any financial institutions or entities holding assets or funds controlled by Defendants Son, SNC Investments, and SNC Asset and frozen pursuant to Court's orders, including funds frozen and held in accounts in the name of the Defendant SNC Investments, Inc. at the Bank of America, transfer any such assets or funds to the Court, specifically, the Clerk's Office at the U.S. District Court, Attn: Financial Section, 450 Golden Gate Avenue, San Francisco, CA 94102; and (3) the assets or funds transferred to the Court, pursuant to this Order shall be applied to the order of restitution in the related criminal action. *See United States v. Peter C. Son*, No. CR 09-00755 DLJ.

**IT IS SO ORDERED**, on the 19th day of April, 2012.

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

- 2 -
[Proposed] ORDER VACATING RESTRAINING ORDER AND DISTRIBUTING ASSETS
Civil Action No. CV 09-2555 (MMC)